IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANRE ROTIMI ROLLOVER IRA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FREDERICK DRISCOLL, IRENE CHOW, H.H. HAIGHT, ALAN KWAN, LESLIE BROWNE, MATTHEW PFEFFER, and GENELABS TECHNOLOGIES, INC.,<br><br>    Defendant.<br>                                                     / | No. C 08-05142 WHA<br><br>**ORDER RE HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND CMC** |

A hearing on defendants' motion for judgment on the pleadings is currently scheduled for February 19, 2009. Plaintiff filed no opposition. Plaintiff evidently had submitted a stipulation for a continuance, but the stipulation was not timely received by the Court because it was not e-filed, as required. Plaintiff **MUST REGISTER FOR THE ELECTRONIC CASE FILING SYSTEM** and e-file all documents in this case. In cases designated for electronic filing such as this one, the Court may not receive documents that are not properly filed.

Because there is insufficient time to brief the motion before the hearing without prejudice to defendants, a short continuance will be granted in this instance. Plaintiff, however, should not assume that continuances will be granted merely because a stipulation has been filed; good cause must be shown for all such requests. No further continuances will be granted in this case absent such a showing. The schedule for defendants' motion will be as follows. Plaintiff's

opposition is due **FEBRUARY 12, 2009**.  Defendants' reply brief is due **FEBRUARY 19, 2009**.  The hearing will be held **MARCH 12, 2009**, at 8:00 a.m.  The case management conference scheduled for February 19, 2009, is also hereby vacated and rescheduled for **MARCH 12, 2009**, immediately after the motion hearing.  Plaintiff should file its case management statement at least seven days in advance of the CMC.

**IT IS SO ORDERED.**

Dated:  February 9, 2009.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2