1   JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
2   TERRI GARLAND (CA SBN 169563)
    TGarland@mofo.com
3   RACHAEL CLARKE (CA SBN 248844)
    RClarke@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California 94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for the Genelabs Defendants
    FREDERICK DRISCOLL, IRENE CHOW, H.H. HAIGHT,
8   ALAN KWAN, LESLIE BROWNE, MATTHEW PFEFFER,
    and GENELABS TECHNOLOGIES, INC.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  LANRE ROTIMI ROLLOVER IRA, individually and on behalf of all others 15  similarly situated, | Case No.    C-08-5142 WHA |
| 16                Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |
| 17       v. | Hon. William Alsup |
| 18  FREDERICK DRISCOLL, IRENE CHOW, H.H. HAIGHT, ALAN KWAN, LESLIE 19  BROWNE, MATTHEW PFEFFER, and GENELABS TECHNOLOGIES, INC. | |
| 20                Defendants. | |
| 21 | |

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
C-08-5142 WHA
sf-2641057

1

**STIPULATION**

2      WHEREAS, the parties listed below enter into this Stipulation of Dismissal pursuant to

3   Rule 41(a)(2) of the Federal Rules of Civil Procedure;

4      WHEREAS, Plaintiff Lanre Rotimi Rollover IRA (the "Named Plaintiff") filed this action

5   on November 4, 2008;

6      WHEREAS, no class has been certified;

7      WHEREAS, between November 19 and 21, 2008, defendants Alan Kwan, Frederick

8   Driscoll, Irene Chow, H.H. Haight, Leslie Browne, Matthew Pfeffer, and Genelabs Technologies,

9   Inc. (collectively, the "Genelabs Defendants") answered the Complaint;

10      WHEREAS, the remaining Defendant, GlaxoSmithKline plc, has not been served with the

11   Complaint;

12      WHEREAS, on January 15, 2009, the Genelabs Defendants moved for judgment on the

13   pleadings as to all claims asserted in the Complaint;

14      WHEREAS, since this action was filed, Plaintiff's counsel has continued to investigate

15   the factual basis of the claims asserted in the Complaint, as well as the merits of the arguments

16   made in the Genelabs Defendants' motion for judgment on the pleadings;

17      WHEREAS, based on that investigation, Plaintiff has determined not to pursue any claims

18   against Defendants;

19      WHEREAS, the Named Plaintiff desires to dismiss all claims alleged in this action with

20   prejudice as to itself and without prejudice as to the putative class;

21      WHEREAS, Defendants have not made or promised any payment, direct or indirect, to

22   the Named Plaintiff or its counsel in exchange for dismissal of the Complaint;

23      WHEREAS, notice is not required under Rule 23(e), which requires notice only to "class

24   members who would be bound by the proposal." Fed. R. Civ. P. 23(e)(1); *see also* Advisory

25   Committee Note to Fed. R. Civ. P. 23 (confirming that "notice is not required when the settlement

26   binds only the individual class representatives"). The proposed dismissal binds only the Named

27   Plaintiff in this action. As to all other putative class members, the proposed dismissal is without

28   prejudice and therefore has no binding effect on them; and

STIPULATION OF DISMISSAL
C-08-5142 WHA
sf-2641057

1

1    WHEREAS, good cause for dismissal exists for the reasons set forth above;

2    IT IS HEREBY STIPULATED and agreed by and among the parties listed below, through

3  their respective counsel of record, as follows:

4    1.    All claims alleged in this action shall be dismissed with prejudice as to the Named

5  Plaintiff and without prejudice as to members of the putative class

6    2.    Each side shall bear its own costs and attorneys' fees.

7    3.    For the foregoing reasons, the parties listed below respectfully request that the

8  Court enter the attached Order of Dismissal.

9    IT IS SO STIPULATED.

10  Dated: February 11, 2009          JORDAN ETH
                                      TERRI GARLAND
11                                    RACHAEL CLARKE
                                      MORRISON & FOERSTER LLP
12

13                                    By:  ___/s/  Terri Garland_____
14                                           TERRI GARLAND

15                                         Attorneys for the Genelabs Defendants

16  Dated: February 11, 2009          ANN GHAZARIANS FLORY
                                      JAMES KUANG LO
17                                    HARRINGTON FOXX DUBROW CANTER

18

19                                    By:  ___/s/  Ann Ghazarians Flory_____
20                                           ANN GHAZARIANS FLORY

21                                         Attorneys for Plaintiff Lanri Rotimi
                                           Rollover IRA

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
C-08-5142 WHA
sf-2641057

2

1    **[~~PROPOSED~~] ORDER OF DISMISSAL**

2          Pursuant to Rules 23(e) and 41(a)(2) of the Federal Rules of Civil Procedure, I have

3    reviewed the attached stipulation and hereby approve the dismissal of this action with prejudice

4    as to the Named Plaintiff and without prejudice as to the putative members of the class. Under

5    Rule 23(e), notice to the class is not required given that the rights of absent class members are not

6    affected.

7

8    Dated: _____February 12, 2009_____

9

10                              _____
                            The Honorable William Alsup
                            United States District Judge

IT IS SO ORDERED

Judge William Alsup

STIPULATION OF DISMISSAL
C-08-5142 WHA
sf-2641057

3

1                        <u>GENERAL ORDER 45 ATTESTATION</u>

2         I, Rachael Clarke, am the ECF user whose ID and password are being used to file this

3 Stipulation and [Proposed] Order of Dismissal.  In compliance with General Order 45, I hereby

4 attest that Ann Ghazarians Flory of Harrington Foxx Dubrow Canter has concurred in this filing.

5 Dated: February 11, 2009            MORRISON & FOERSTER LLP

6

7                       By:     /s/  Rachael Clarke
                                RACHAEL CLARKE

8                            Attorneys for the Genelabs Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
C-08-5142 WHA
sf-2641057

4